# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Prinzo & Associates, LLC

                              Plaintiff,

v.                                                              Case No.: 1:20–cv–03256
                                                                        Honorable Gary Feinerman

BMO Harris Bank, N.A., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Initial status hearing set for 8/3/2020 at 9:15 a.m. Initial Status Report shall be filed by 7/27/2020. Please see Judge Feinerman's web page (http://www.ilnd.uscourts.gov) for details on the initial status hearing and initial Status Report.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.