## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS | Case #: 20-cv-3256 |

**Prinzo & Associates, LLC, on behalf of itself and all others similarly situated,**

Plaintiff

**vs.**

**BMO Harris Bank, N.A, et al.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Complaint, Summons, Summons**

| | |
|---|---|
| PARTY SERVED: | **BMO FINANCIAL CORP.** |
| PERSON SERVED: | **ANGEL MARTINEZ, TELLER** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service. |
| DATE & TIME OF DELIVERY: | **6/10/2020 at 1:15 PM** |
| ADDRESS, CITY AND STATE: | **111 W MONROE STREET, CHICAGO, IL 60603** |
| DESCRIPTION: | Race: **Hispanic** Sex: **Male** Age: **27**<br>Height: **5'9"** Weight: **160** Hair: **Black** Glasses: **No** |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 6/11/2020.

Signature: _____

Robert D Fairbanks
Registration No: 117-001119

CLIENT: **One Legal LLC**
FILE #: **14771641**

Job #: **438314**