## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Prinzo & Associates, LLC

                              Plaintiff,

v.                                                                   Case No.: 1:20–cv–03256

                                                                         Honorable Gary Feinerman

BMO Harris Bank, N.A., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2020:

       MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time to answer [14] is granted. The deadline for Defendants to file a responsive pleading is extended to 8/14/2020.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.