# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Prinzo & Associates, LLC

Plaintiff,

v.  Case No.: 1:20–cv–03256
Honorable Gary Feinerman

BMO Harris Bank, N.A., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2020:

MINUTE entry before the Honorable Gary Feinerman:The court will decide whether to set a case schedule once it has an opportunity to see Defendants' forthcoming motion to dismiss, which the status report indicates will be filed on or before 8/14/2020.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.