UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRINZO & ASSOCIATES, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BMO HARRIS BANK N.A., BMO FINANCIAL CORP., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil No. 20-cv-3256<br><br>Hon. Gary S. Feinerman |

**AGREED MOTION FOR ENTRY OF (i) JOINT PROPOSED PROTOCOL FOR THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND (ii) CONFIDENTIALITY ORDER**

The parties, by their undersigned counsel, hereby move this Court for the entry of their Joint Proposed Protocol for the Production of Electronically Stored Information and their Agreed Confidentiality Order, and in support of this motion states as follows:

1. The parties anticipate production of electronically stored information ("ESI") and the exchange of discovery involving sensitive information.

2. The parties have met and conferred to prepare an acceptable form of ESI production protocol ("ESI Protocol," attached hereto as Exhibit 1) and an Agreed Confidentiality Order ("Confidentiality Order," attached hereto as Exhibit 2) to be used in connection with the case.

3. Pursuant to the Court's rules, Microsoft Word versions of the ESI Protocol and Confidentiality Order are simultaneously being submitted to the Court's proposed order e-mail box.

4. The parties believe that entry of the ESI Protocol and Confidentiality Order will facilitate document production and discovery in this action.

Wherefore, the parties respectfully move the Court for the entry of the ESI Protocol and Confidentiality Order attached as Exhibits 1 & 2.

Dated: August 14, 2020                                                              Respectfully Submitted,

| | |
|---|---|
| */s/ Leigh M. Perica*<br>Derek Y. Brandt (#6228895)<br>Leigh M. Perica (#6316756)<br>**MCCUNE WRIGHT AREVALO, LLP**<br>231 North Main Street, Suite 20<br>Edwardsville, Illinois 62025<br>Tel: (618) 307-611<br>Fax: (618) 307-6161<br>DYB@mccunewright.com<br>LMP@mccunewright.com<br><br>Richard D. McCune (pro hac vice)<br>Michele M. Vercoski (pro hac vice)<br>**MCCUNE WRIGHT AREVALO, LLP**<br>3281 East Guasti Road, Suite 100<br>Ontario, California 91761<br>Tel: (909) 557-1250<br>RDM@mccunewright.com<br>MMV@mccunewright.com<br><br>*Counsel for Plaintiff Prinzo & Associates, LLC* | */s/ Jeffrey E. Jamison (with consent)*<br>Jeffrey E. Jamison<br>**BMO HARRIS BANK N.A.**<br>111 West Monroe<br>19th Floor<br>Chicago, IL 60603<br>Tel: (312) 461-4694<br>jeffrey.jamison@bmo.com<br><br>Julie Rodriguez Aldort<br>**BMO HARRIS BANK N.A.**<br>111 W. Monroe Street<br>Fl. 11E<br>Chicago, IL 60603<br>Tel: (312) 461-7905<br>julie.aldort@bmo.com<br><br>*Counsel for Defendants BMO Harris Bank N.A. and BMO Financial Corp.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the accompanying *Agreed Motion for Entry of (i) Joint Proposed Protocol for the Production of Electronically Stored Information and (ii) Confidentiality Order* was filed on this date electronically through the Court's CM/ECF system, which will send an electronic notice to counsel of record for all parties.

*/s/ Leigh M. Perica*