IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS EASTERN
DIVISION

| | |
|---|---|
| Prinzo & Associates, LLC, on behalf of itself and all others similarly situated,<br><br>　　　Plaintiff,<br>　v.<br><br>BMO Harris Bank N.A.; BMO Financial Corp., a Delaware corporation; and Does 1-100, inclusive,<br><br>　　　Defendants. | Case No. 1:20-cv-3256<br><br>Hon. Gary S. Feinerman |

**NOTICE OF MOTION**

　　Please take notice that on Thursday, August 20, 2020 at 9:00 a.m., or as soon thereafter as I may be heard, I shall appear telephonically pursuant to the Fifth Amended General Order 20-0012 before the Honorable Judge Gary S. Feinerman or any judge sitting in his stead and shall then and there present Defendants' Motion to Dismiss.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/Jeffrey E. Jamison*

　　　　　　　　　　　　　　　　　BMO Harris Bank N.A. & BMO Financial Corp.
　　　　　　　　　　　　　　　　　Jeffrey E. Jamison
　　　　　　　　　　　　　　　　　Julie Rodriguez Aldort
　　　　　　　　　　　　　　　　　BMO Harris Bank N.A.
　　　　　　　　　　　　　　　　　111 West Monroe
　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　Tel. (312) 461-4694
　　　　　　　　　　　　　　　　　Email: jeffrey.jamison@bmo.com
　　　　　　　　　　　　　　　　　Email: julie.aldort@bmo.com

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on August 14, 2020. Parties of record may obtain a copy through the Court's CM/ECF system. The undersigned certifies that no party of record requires service of documents through any means other than the CM/ECF system.

      /s/ Jeffrey E. Jamison